```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                           Case No. 18-61023-rk
Jason T. Spurrell                                                Chapter 7
Amanda L. Spurrell
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0647-6          User: admin                 Page 1 of 2          Date Rcvd: May 21, 2018
                              Form ID: 309A               Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db/db          Jason T. Spurrell,    Amanda L. Spurrell,    12329 Stover Farm Dr., NW,    PO Box 259,
                 Canal Fulton, OH 44614-0259
25461434       4x4 Brewing,    2811 E Galloway St,   Springfield, MO 65804-4601
25461435       A Little Madness Brewing Company,    9838 N Davis Hwy,    Pensacola, FL 32514-8122
25461436       Alro Steel,   c/o Hutchinson Warren & Associates,     122 S Rawles St Ste 200,
                 Romeo, MI 48065-5606
25461437       Arctic Refrigeration Co of Batavia,    26 Cedar St,    Batavia, NY 14020-3339
25461441       Batavia Brewing Company,    109 Main St,   Batavia, NY 14020-2110
25461442       Blake A. Angelino, Esq.,    Faegre Baker Daniels LLP,    311 S Wacker Dr Ste 4300,
                 Chicago, IL 60606-6655
25461443      +Blaser & Mericle Inc.,    16021 Puritas Ave,   Cleveland, OH 44135-2664
25461444       Boxcar Brew Works,    1290 Rich Hwy,   Dubois, PA 15801-3978
25461445       Brian T. Must, Esq.,    Metz Lewis Brodman Must O'Keefe LLC,    535 Smithfield St Ste 800,
                 Pittsburgh, PA 15222-2305
25461446      +Bureau Of Workers Compensation,    30 W. Spring 32nd FL,    Columbus, OH 43215-2216
25461447       C2C Resources LLC,    56 Perimeter Ctr E Ste 100,    Atlanta, GA 30346-2214
25461448       Cap1/bstby,    50 NW Point Blvd,   Elk Grove Village, IL 60007-1032
25461449       Cap1/bstby,   Capital,    1 Retail Srvs Attn Bankruptcy,    Salt Lake City, UT 84130
25461450       Casa Agria Speciality Ales LLC,    701 Del Norte Blvd Ste 310,    Oxnard, CA 93030-7980
25461453       Chicken Lips Farm LLC,   dba Screech Owl Brewing,     2323 Ralph Livengood Rd,
                 Bruceton Mills, WV 26525-5889
25461455       Commerical Collection Corp of NY,    34 Seymour St,    Tonawanda, NY 14150-2126
25461456       Devil Wind Brewing,    130 S Detroit St,   Xenia, OH 45385-3504
25461457      +Eulher Hermes Collections,    800 Red Brook Blvd Ste 400C,    Owings Mills, MD 21117-5190
25461459       Four Points BBQ & Brewing Inc.,    400 4th St,   Charleroi, PA 15022-2300
25461460       Free Republic of VT LLC,    68 White Pine Rd,   Fairfax, VT 05454-9701
25461461       Hoodletown Brewing Company,    124 Karns Dr,   Dover, OH 44622-9428
25461464       Huntington Natl Bk,    Attn: Bankruptcy,   PO Box 340996,    Columbus, OH 43234-0996
25461467       John F. Lee Niedrach, Esq.,    McRae Smith Peek Harman & Monroe LL,
                 111 Bridgepoint Plz Ste 300,    Rome, GA 30161-3056
25461468       Joss Realty Ltd.,    4607 Cleveland Ave NW,   Canton, OH 44709-1836
25461469      +Kelly E. Pitcher, Esq.,    Dinsmore & Shohl LLP,    255 E 5th St Ste 1900,
                 Cincinnati, OH 45202-1971
25461474       Lock 15 Brewing,    21 W North St Ste Tl1,   Akron, OH 44304-1035
25461475       Lock City Brewing Company,    54 Research Dr,   Stamford, CT 06906-1428
25461476       Marine Services International Inc.,    14508 Industrial Ave S,    Cleveland, OH 44137-3255
25461477       Ninja Moose Brewing,    1420 Dexter St,   Liberty, MO 64068-1275
25461478      +Office Of The Ohio Attorney General,    150 E Gay St,    Collections Enforcement Section,
                 Columbus, OH 43215-3130
25461480       Openroad Brewery,    1524 Rose Ln,   Trenton, MI 48183-1751
25461481       Paul Christensen,    4756 Sand Lake Rd,   Moose Lake, MN 55767-9215
25461482       Red Canoe dba Mt Gretna Craft Brewe,    820 Mine Rd,    Lebanon, PA 17042-8996
25461483       Rome City Brewing Co. LLC,    PO Box 29,   Rome, GA 30162-0029
25461484       Sideways Farm & Brewery,    62 Eade Rd,   Etowah, NC 28729-9722
25461485       Sinistral Brewing Company,    8185 Tenbrook Dr,    Gainesville, VA 20155-3842
25461487       Sy O. Lampl, Esq.,    Bendum Trees Bldg,   223 4th Ave Fl 4,    Pittsburgh, PA 15222-1717
25461492       Synter Resource Group,    PO Box 63247,   North Charleston, SC 29419-3247
25461493      +Thomas & Thomas,    2323 Park Ave,   Cincinnati, OH 45206-2788
25461494       Trek Brewing,    1486 Granville Rd,   Newark, OH 43055-1538
25461495      +US Attorney General,    950 Pennsylvania Ave NW,    C/O US Dept Of Justice,
                 Washington, DC 20530-0009
25461496       US Dept of Ed/Glelsi,    PO Box 7860,   Madison, WI 53707-7860
25461497       US Dept of Ed/Great Lakes Higher Ed,    Attn: Bankruptcy,    2401 International Ln,
                 Madison, WI 53704-3121
25461498       Wall Street Systems Inc.,    PO Box 847,   Mantua, OH 44255-0847
25461500       Will County Brewing Company Inc.,    1142 W Jefferson St,    Shorewood, IL 60404-0703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ajdlaw@sbcglobal.net May 21 2018 22:38:37      Anthony J. DeGirolamo,
                 3930 Fulton Drive NW, Suite 100B,    Canton, OH 44718
tr             EDI: QLBAFARIN.COM May 22 2018 02:24:00      Lisa M. Barbacci, Trustee - Canton,   PO Box 1299,
                 Medina, OH 44258-1299
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov May 21 2018 22:39:14      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
25461438       E-mail/Text: bbagby@automationdirect.com May 21 2018 22:39:00      AutomationDirect.com,
                 3505 Hutchinson Rd,   Cumming, GA 30040-5860
25461440       EDI: TSYS2.COM May 22 2018 02:24:00      Barclays Bank Delaware,   100 S West St,
                 Wilmington, DE 19801-5015
25461439       EDI: TSYS2.COM May 22 2018 02:24:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE 19899-8803
25461451       EDI: CHASE.COM May 22 2018 02:24:00      Chase Card,   PO Box 15298,
                 Wilmington, DE 19850-5298
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25461452         EDI: CHASE.COM May 22 2018 02:24:00      Chase Card Services,    Attn: Correspondence Dept,
                 PO Box 15298,    Wilmington, DE  19850-5298
25461454         EDI: WFNNB.COM May 22 2018 02:24:00      Comenitybank/kay,    3100 Easton Square Pl,
                 Columbus, OH  43219-6232
25461458         E-mail/Text: jsmith@fabcogroup.com May 21 2018 22:39:52      Fabco,    PO Box 20850,
                 Columbus, OH  43220-0850
25461462        +E-mail/Text: bankruptcy@huntington.com May 21 2018 22:40:08      Huntington,    7 Easton Oval,
                 Columbus, OH  43219-6060
25461463        +E-mail/Text: bankruptcy@huntington.com May 21 2018 22:40:08      Huntington National Ba,
                 7 Easton Oval # Ea5w29,    Columbus, OH 43219-6060
25461466         EDI: IRS.COM May 22 2018 02:25:00      IRS Special Procedures,    1240 E 9th St Rm 457,
                 Cleveland, OH  44199-0000
25461470         E-mail/Text: key_bankruptcy_ebnc@keybank.com May 21 2018 22:40:37      Keybank NA,
                 4910 Tiedeman Rd,    Cleveland, OH  44144-2338
25461471         EDI: FORD.COM May 22 2018 02:24:00      Kia Motors Financ,    PO Box 20825,
                 Fountain Valley, CA  92728-0825
25461472         EDI: CBSKOHLS.COM May 22 2018 02:24:00      Kohls/Capital One,    Kohls Credit,    PO Box 3043,
                 Milwaukee, WI  53201-3043
25461473        +EDI: CBSKOHLS.COM May 22 2018 02:24:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
25461479         E-mail/Text: uibankruptcy@jfs.ohio.gov May 21 2018 22:40:48
                 Ohio Dept Of Job & Family Services,    PO Box 182404,    Columbus, OH  43218-0000
25465492        +EDI: PRA.COM May 22 2018 02:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
25461486        +E-mail/Text: Bankruptcy.notices@tax.state.oh.us May 21 2018 22:41:10
                 State Of Ohio Dept Of Taxation,    PO Box 530 Attn:  Bankruptcy Divisi,
                 Columbus, OH 43216-0530
25461488         EDI: RMSC.COM May 22 2018 02:25:00      Syncb/Toys R US,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL  32896-5060
25461490         EDI: RMSC.COM May 22 2018 02:25:00      Syncb/Value City Furni,    950 Forrer Blvd,
                 Kettering, OH  45420-1469
25461489         EDI: RMSC.COM May 22 2018 02:25:00      Syncb/toysrus,    PO Box 965005,
                 Orlando, FL  32896-5005
25461491         EDI: RMSC.COM May 22 2018 02:25:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL  32896-5060
25461499        +EDI: WFFC.COM May 22 2018 02:24:00      Wells Fargo,    800 Walnut St,
                 Des Moines, IA 50309-3891
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
25461465*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
          Anthony J. DeGirolamo    on behalf of Debtor Jason T. Spurrell ajdlaw@sbcglobal.net,
           amber_weaver@sbcglobal.net;G23630@notify.cincompass.com
          Anthony J. DeGirolamo    on behalf of Debtor Amanda L. Spurrell ajdlaw@sbcglobal.net,
           amber_weaver@sbcglobal.net;G23630@notify.cincompass.com
          Lisa M. Barbacci, Trustee - Canton    barbaccitrustee@gmail.com, lbarbacci@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jason T. Spurrell**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4071**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Amanda L. Spurrell**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4870**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Ohio** | | Date case filed for chapter  **7**   **5/17/18** |
| Case number:   **18–61023–rk** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jason T. Spurrell | | Amanda L. Spurrell |
| 2. | **All other names used in the last 8 years** | | | aka Amanda L. Gilmore |
| 3. | **Address** | 12329 Stover Farm Dr., NW<br>PO Box 259<br>Canal Fulton, OH 44614–0259 | | 12329 Stover Farm Dr., NW<br>PO Box 259<br>Canal Fulton, OH 44614–0259 |
| 4. | **Debtor's attorney**<br>Name and address | Anthony J. DeGirolamo<br>3930 Fulton Drive NW, Suite 100B<br>Canton, OH 44718 | | Contact phone 330–305–9700<br><br>Email: ajdlaw@sbcglobal.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa M. Barbacci, Trustee – Canton<br>PO Box 1299<br>Medina, OH 44258–1299 | | Contact phone (330) 722–4488<br><br>Email: barbaccitrustee@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                   page 1

| 6. **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br>www.ohnb.uscourts.gov. | United States Bankruptcy Court <br>Ralph Regula U.S. Courthouse <br>401 McKinley Avenue SW <br>Canton, OH 44702 | Hours open 9:00 AM – 4:00 PM <br><br>Contact phone 330–458–2120 <br><br>Date: 5/21/18 |
|---|---|---|
| 7. **Meeting of creditors** <br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2018 at 11:30 AM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br>*** Valid photo identification required *** <br>*** Proof of Social Security Number required *** | Location: <br><br>**U.S. Bankruptcy Court, Room 194, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW, Canton, OH 44702** |
| 8. **Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/10/18** |
| | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

18-61023-rk    Doc 8    FILED 05/23/18    ENTERED 05/24/18 00:24:01    Page 4 of 4